UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> AMANDRA HEFFELFINGER (2) <br><br> JENNIFER BLAKE (3) <br> Defendants. | CASE NO. 2:25-cr-164(2–3) <br><br> JUDGE EDMUND A. SARGUS, JR. |

**NOTICE OF INTENT TO PROCEED BY WAY OF PROFFER
AT THE DETENTION HEARING**

On October 6, 2025, Defendants Heffelfinger and Blake had their initial appearance in the District of Oregon, and they were ordered released. (See Case No. 6:25-mj-286 (District of Oregon).) The Magistrate Judge in Oregon stayed the release order for 24 hours. The Government appealed, seeking a review and revocation of the release order. (*See, e.g.*, Docs. 11–13.) The hearing on the issue of detention is now scheduled for Monday, December 1, 2025, at 10:00 a.m.

The Government intends to proceed by way of proffer at the hearing.

**1. In particular, it intends to proffer information from the search warrant that it sought and received related to the defendants' house in Oregon.** (*See* Ex. 1.) Namely:

- Background on the drug trafficking organization, including the Drug Trafficking Organization's name, which was Rocky Mountain Connections (run via a website, which accepted payment for drugs in cryptocurrency). (*See id.* ¶¶ 5–6.)
- Information related to the undercover buys associated with this District. (*See id.* ¶¶ 7–8.)
- The defendants' role as shippers in the drug trafficking operation. (*See id.* ¶¶ 12, 14, 23, 26–28, 30–32.)
- The defendants' movement of cryptocurrency associated with the drug trafficking operation. (*See, e.g., id.* ¶¶ 19, 20, 22.)

1

**2. The government intends to proffer the following information regarding the drugs purchased:**

- The Undercover Buys
    - Undercover Buy 1:
        - 185.53 grams of methamphetamine (Schedule II)
        - 1.57 grams of LSD (Schedule I)
    - Undercover Buy 2:
        - 29.09 grams of cocaine (Schedule II)
        - 23.22 grams of alprazolam (Schedule IV)
    - Undercover Buy 3:
        - 420.35 grams of methamphetamine (Schedule II)
    - Undercover Buy 4:
        - 911.10 grams of methamphetamine (Schedule II)

- 24 Grove Street Search Warrant (which is where the defendants lived):
    - 3600.321 grams of methamphetamine (Schedule II)
    - 4827.9 grams of methamphetamine (Schedule II)
    - 15 grams of oxycodone (Schedule II)
    - 10.8 grams of DMT (Schedule I)
    - 63.068 grams of 4-Bromo-2,5-dimethoxyphenethylamine (2-CB) (Schedule I)
    - 228.4 grams of MDMA (Schedule I)
    - 607.8 grams of MDMA (Schedule I)
    - 32 grams of amphetamine (Schedule II)
    - 15.47 grams of mescaline (Schedule I)
    - 3.9 grams of 5-Methoxy-N,N-dimethyltryptamine (Schedule I)
    - 40.9 grams of DMT (Schedule I)
    - 265.013 grams of lorazepam (Schedule IV)
    - 354 grams of Tapentadol (Schedule II)
    - 106.037 grams of zolpidem (Schedule IV)
    - 0.085 grams of clonazepam (Schedule IV)
    - 96.43 grams of clonazepam (Schedule IV)
    - 8400 grams of MDMA (Schedule I)
    - 2800 grams of alprazolam (Schedule IV)
    - 131 grams of DMT base (Schedule I)
    - 654 grams of psilocybin (Schedule I)
    - 1304.3 grams of psilocin (Schedule I)
    - 593 grams of LSD (Schedule I)
    - 1.794 grams of MDA (Schedule I)
    - 10.082 grams of alprazolam (Schedule IV)
    - 162.4 grams of 4-Bromo-2,5-dimethoxyphenethylamine (2C-B) (Schedule I)
    - 657.7 grams of ketamine (Schedule III)
    - 724.8 grams of ketamine (Schedule III)

- o 102.5 grams of cocaine (Schedule II)
- o 999.3 grams of cocaine (Schedule II)
- o 1966.1 grams of MDMA (Schedule I)
- o 241.9 grams of MDMA (Schedule I)

    **3. The government intends to proffer the following information, in addition to the above:**

- **The Rocky Mountain Connections (RMC) Website:** The above-noted methamphetamine often was sold by RMC, and shipped by Heffelfinger and Blake, in pill form—pills marketed as "Adderall."  These meth pills, along with cocaine, were RMC's most popular products. The website actually kept track of the top five biggest sellers and those two drugs were in the top 5 for the website's history.

- **Undercover Buy 3 (UB3):** UB3 was purchased online via the RMC site.  Like all the UC buys, it was shipped out via a post office in western Oregon; it was the post office in Corvalis, to be exact (more on that below).  It was 420 grams of meth.  Heffelfinger herself personally shipped this package:
    - o The package was dropped at the Corvalis post office on June 20, 2025.  Heffelfinger's cellphone was at the Corvalis post office at the time the meth was dropped off at the Corvalis post office.
    - o Heffelfinger used her debit card at the Corvalis post office at the same date and time the meth package was dropped off at the Corvalis post office.
    - o Text messages show that Heffelfinger was communicating with Blake regarding the package while Heffelfinger was in the Corvalis post office.

- **Heffelfinger and Blake ran the shipping for the Wasson/RMC DTO:** RMC used an app called Potato to communicate with its customers about its drug trafficking (e.g., its inventory levels). (Potato is like a kind of encrypted version of Twitter, where accounts could be followed by followers, who had access to that particular account's feed.  In this instance, RMC had its own Potato account and a list of followers who followed the RMC Potato account for drug updates—like what kind of drugs RMC was selling, when new inventory came in, and the like).  Comparing the RMC Potato account's posts to the shipping history associated with Heffelfinger's address shows that Heffelfinger and Blake were indeed the ones shipping out the drugs for the RMC site.  That is to say, there were a host of times where the RMC Potato feed would state that certain drugs were back in stock, and then Heffelfinger and Blake would then receive a package around the time of the post, at their house, under a fake name.  A few examples:

- o RMC put out a Potato post on July 2, 2025 (all subsequent dates are 2025) about a designer benzo being back in stock; a package arrived to Heffelfinger and Blake on that same day.
- o RMC put out a post on July 4 about 2cb (designer psychedelic) being back in stock; a package arrived to Heffelfinger and Blake on July 5.
- o A package arrived to Heffelfinger and Blake on July 7; RMC then put out a post on July 9 about oxy being available. Notably, the return address on that package that arrived to Heffelfinger and Blake on July 7 was the same as the return address on a package seized during the investigation by USPS Newark that was found to contain oxy.
- o A package arrived to Heffelfinger and Blake on July 12; RMC put out a post on July 13 about Ambien being back in stock.

- **More Connections Between Packages and Heffelfinger and Blake**
    - o There was a USPS account associated with the RMC name. The listed address on the USPS account is 586 Grove Street, Lebanon, Oregon. Heffelfinger and Blake lived at that address during time periods relevant to the conspiracy. (The government is aware that they later moved in May to a home they bought in Lebanon, on the same street.)
    - o To that end, during the course of the investigation, USPS inspectors in Sacramento seized a package headed for Heffelfinger and Blake's address (at 24 Grove Street). The package was subject to a search warrant. The package contained suspected ketamine. This would again confirm that Heffelfinger and Blake were getting drugs shipped to their house and then were shipping out orders to RMC customers.

- **Google Search Warrant:** Law enforcement obtained a search warrant for Heffelfinger's Gmail account. The returns showed information relevant to Heffelfinger's participation in the drug trafficking organization:
    - o A few pictures of vacuum-sealing machines. This is relevant because Heffelfinger and Blake vacuum sealed the drugs before they mailed them out to fulfill the orders. (The drugs that Heffelfinger sent in UB3, for example, were vacuum sealed.)
    - o Pictures of bulk amounts of vacuum-sealing packages. See above for why this is relevant.
    - o A few pictures of USPS packages. One picture is zoomed in on the label. The receiver information is 586 Grove St., where Heffelfinger and Blake used to live, addressed to someone named Ashley Williams, who was not associated with that address. This is relevant because Heffelfinger and Blake had drugs shipped to their house, sometimes addressed to someone not named Heffelfinger or Blake, as a means to keep their inventory up.
    - o A picture of what appears to be a crypto postage website checkout page. The picture shows the purchase of $458 worth of postage, with payment in Bitcoin, on January 30, 2025. The website was

      cryptopostage.info, a known site for online postage purchasing via crypto funds. Notably, too, RMC used crypto-aggregation postage for sending its drugs out via the mail. This was done for several reasons—chief among them was to obscure who was sending the drugs.
- A screenshot of a Monero address (via a QR code, which is easier than using an 85-character Monero address). This is relevant because, as explained below, Heffelfinger got paid a significant amount of Monero during the conspiracy for her role in the conspiracy.

- **Connections to the Crypto:** Jesse Wasson ran the RMC site. She took payment in crypto for the drugs. Wasson owned hundreds of thousands in crypto from the drug sales. She also paid Heffelfinger and Blake in crypto for their role in the drug sales. There is a screenshot from Heffelfinger's phone showing that, at the time Heffelfinger took the screenshot, she was face timing with Wasson regarding a crypto wallet that had $14,000 in Monero in it. Wasson paid Heffelfinger and Blake in Monero for their work in the drug trafficking.

**4. In addition, the government intends to proffer the following information:**

- Heffelfinger and Blake texted during the conspiracy regarding the movement of cryptocurrency;
- Heffelfinger and Blake texted during the conspiracy regarding the potential sale of controlled substances; and
- Blake and Wasson texted about Heffelfinger's knowledge of, and involvement in, the drug trafficking operation.

**5. Moreover, the government intends to proffer the following information regarding how much drug-money cryptocurrency the government has seized from each defendant, to date:**

- BLAKE: Approximately $320,000
- HEFFELFINGER: Approximately $17,000
- J. WASSON: Approximately $190,000

**6. The government intends to proffer the attached pictures from the search warrant of Heffelfinger and Blake's residence in Oregon.** (*See* Ex. 2.)

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

<u>s/ S. Courter Shimeall</u>
S. COURTER SHIMEALL
JENNIFER M. RAUSCH
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 26th day of November, 2025, electronically upon all counsel of record, via the Court's electronic filing system.

    s/S. Courter Shimeall
    S. COURTER SHIMEALL (0090514)
    Assistant United States Attorney