





/2



/3







































121







⑤ 25 Little blue Ⓟ (Ray)

⑥ oz coke Ⓔⓝⓖ (chavez)

⑦ 7g coke Ⓟ (ward)
    25 DP

⑧ 7g coke Ⓟ (Burdick)

⑨ 25 zelda Ⓟ (Wetzand)

⑩ Fema Lt1 Ⓟ (Sloan)

124





ASSESSMENT OF LAGGING SKILLS & UNSOLVED PROBLEMS

Collaborative & Proactive Solution
THIS IS HOW PROBLEMS GET SOLV

CHILD'S NAME _____

DATE _____

The ALSUP is inter... ... ...discussion guide rather than as a freestanding check-list or rating scale. It should be used to identify
specific lagging

This section wi...

Printed in the United States of America.
Pearson Education, Inc., or its affiliates(s).
Pearson, the PSI logo, PSYCHCORP, and KTEA are trademarks in the U.S. and/or other countries
of Pearson Education, Inc., or its affiliate(s).

...reproduced or transmitted in any form or by any
means, electronic or ...m, including photocopy, recording, or any
retrieval system, without permission in writing from the copyright owner.

Copyright © 2014
Pearson Executi...
800.627.7271  w...
Warning! No part
PsychCorp is an

Kpins         =  760

Carisoprodal  =  815

tapentadol    =  310

Farma         =  8

    GBL       = 14

Diazepam/val. = 1503 - 50

Zolpidem/amb. = 989

Viagra        = 100

Modafresh     = 250

1mg Alprazolam = 975

Lorazepam/Ativ = 130 - 10

Naloxone  Bup. patch = 2

Pregabalin  = 360

124

128





/30





192





